# Staunton

MAZELIA RHINES v. N. S. BOND.

September 22, 1932.

Present, Campbell, C. J., and Holt, Epes, Gregory and Browning, JJ.

*William H. Werth,* for the plaintiff in error.

*O. M. Vicars,* for the defendant in error.

PER CURIAM.

This case is controlled by the opinion of the court in the case of *Hubert Rhines* v. *N. S. Bond, ante,* p. 279, 165 S. E. 515.

*Affirmed.*